BENJAMIN KLEINMAN, as Receiver of MCKINLEY FINANCE CORPORATION, Appellant, v. IDA REDBORD, Respondent, Impleaded with Others.— Judgment

---

* Affd., 266 N. Y. ——.

affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.